Larry W. Lee (State Bar No. 228175)
lwlee@diversitylaw.com
**DIVERSITY LAW GROUP, P.C.**
515 S. Figueroa St., Suite 1250
Los Angeles, California 90071
(213) 488-6555
(213) 488-6554 facsimile

Edward W. Choi, Esq. SBN 211334
**LAW OFFICES OF CHOI & ASSOCIATES**
515 S. Figueroa St., Suite 1250
Los Angeles, CA 90071
Telephone: (213) 381-1515
Facsimile: (213) 465-4885
edward.choi@choiandassociates.com

Dennis S. Hyun (State Bar No. 224240)
dhyun@hyunlegal.com
**HYUN LEGAL, APC**
515 S. Figueroa St., Suite 1250
Los Angeles, CA 90071
(213) 488-6555
(213) 488-6554 facsimile

Attorneys for Plaintiffs
MARCUS NUNES and BETTINA REMPE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS NUNES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL KORS STORES (CALIFORNIA), INC., a corporation; MICHAEL KORS STORES (CALIFORNIA), LLC, a limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 4:25-cv-03270-KAW<br><br>**CLASS ACTION**<br><br>*[Assigned to Judge Kandis A. Westmore]*<br><br>**ORDER GRANTING PLAINTIFF'S COUNSEL REQUEST TO APPEAR REMOTELY FOR HEARING ON MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF MARCUS NUNES SET TO BE HEARD ON JUNE 4, 2026**<br><br>Date: June 4, 2026<br>Time: 1:30 p.m.<br>Courtroom: Before Judge Kandis A. Westmore - Oakland Courthouse |

1

---

ORDER GRANTING PLAINTIFF'S COUNSEL REQUEST TO APPEAR REMOTELY FOR HEARING ON MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF MARCUS NUNES SET TO BE HEARD ON JUNE 4, 2026

Plaintiff's request to appear remotely at the Motion To Withdraw As Counsel For Plaintiff Marcus Nunes hearing set for 1:30 p.m. on June 4, 2026 is GRANTED.

Counsel shall comply with the Court's Standing Order on Procedures for Remote Appearances, available online at *http://cand.uscourts.gov/kaworders,* and appear remotely via Zoom.

IT IS SO ORDERED.

DATED: _____ May 28, 2026 _____

KANDIS A. WESTMORE
United States Magistrate Judge

**ORDER GRANTING PLAINTIFF'S COUNSEL REQUEST TO APPEAR REMOTELY FOR HEARING ON MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF MARCUS NUNES SET TO BE HEARD ON JUNE 4, 2026**