UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARCUS NUNES, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

MICHAEL KORS STORES (CALIFORNIA), INC., a corporation; MICHAEL KORS STORES (CALIFORNIA), LLC, a limited liability company; and DOES 1 through 100, inclusive,

Defendants.

Case No. 4:25-cv-03270-KAW

**CLASS ACTION**

**ORDER GRANTING DEFENDANTS MICHAEL KORS STORES (CALIFORNIA), LLC AND MICHAEL KORS STORES (CALIFORNIA), INC'S MOTION TO APPEAR REMOTELY FOR HEARING ON PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW AS COUNSEL**

Date:    June 4, 2026
Time:    1:30 p.m.
Dept:    Oakland Courtroom TBD

Complaint Filed:    February 11, 2025
Trial Date:    None Set

ORDER GRANTING DEFENDANTS' MOTION TO APPEAR REMOTELY FOR HEARING ON PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW AS COUNSEL

326051573v.1

Defendants' motion to appear remotely at Plaintiff's Counsel's Motion To Withdraw As Counsel hearing set for June 4, 2026, at 1:30 p.m. is GRANTED.

Counsel shall comply with the Court's Standing Order on Procedures for Remote Appearances, available online at http://cand.uscourts.gov/kaworders.

DATED:  May 28, 2026

Honorable Kandis A. Westmore
U.S. Magistrate Judge

2

326051573v.1