Larry W. Lee (State Bar No. 228175)
lwlee@diversitylaw.com
**DIVERSITY LAW GROUP, P.C.**
515 S. Figueroa St., Suite 1250
Los Angeles, California 90071
(213) 488-6555
(213) 488-6554 facsimile

Edward W. Choi, Esq. SBN 211334
**LAW OFFICES OF CHOI & ASSOCIATES**
515 S. Figueroa St., Suite 1250
Los Angeles, CA 90071
Telephone: (213) 381-1515
Facsimile: (213) 465-4885
edward.choi@choiandassociates.com

Dennis S. Hyun (State Bar No. 224240)
dhyun@hyunlegal.com
**HYUN LEGAL, APC**
515 S. Figueroa St., Suite 1250
Los Angeles, CA  90071
(213) 488-6555
(213) 488-6554 facsimile

Attorneys for Plaintiffs
MARCUS NUNES and BETTINA REMPE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS NUNES, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICHAEL KORS STORES (CALIFORNIA), INC., a corporation; MICHAEL KORS STORES (CALIFORNIA), LLC, a limited liability company; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 4:25-cv-03270-KAW<br><br>**CLASS ACTION**<br><br>*[Assigned to Judge Kandis A. Westmore]*<br><br>**PLAINTIFF'S AMENDED NOTICE OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF MARCUS NUNES**<br><br>Date:         June 4, 2026<br>Time:         1:30 p.m.<br>Courtroom:   3<br><br>Complaint Filed:   February 11, 2025<br>Trial Date:        None Set |

-1-
PLAINTIFF'S AMENDED NOTICE OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF MARCUS NUNES

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on June 4, 2026, at 1:30 p.m. or as soon thereafter as the matter may be heard in Courtroom 3, of the Ronald V. Dellums Federal Building & United States Courthouse located at 1301 Clay Street, Oakland, CA 94612 before Honorable Judge Kandis A. Westmore, Counsel of record for Plaintiff Marcus Nunes ("Plaintiff"), Edward W. Choi, Larry W. Lee and Dennis S. Hyun ("Counsel"), will and hereby does move for an Order granting Plaintiff Marcus Nunes's counsel's Motion to Withdraw.

DATED: June 1, 2026

LAW OFFICES OF CHOI & ASSOCIATES, APLC

By: */s/ Edward W. Choi*
Edward W. Choi
Attorney for Plaintiff
MARCUS NUNES

PLAINTIFF'S AMENDED NOTICE OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF MARCUS NUNES

<u>**PROOF OF SERVICE**</u>

      I am employed in the County of Los Angeles; I am over the age of 18 years and not a party to the within action; my business address is 515 S. Figueroa St. Suite 1250, Los Angeles, California 90071.

      On June 1, 2026, I served the foregoing document(s) described as: **PLAINTIFF'S AMENDED NOTICE OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF MARCUS NUNES,** on the interested parties in this action by placing a true copy thereof, in a sealed envelope(s) addressed as follows:

Marcus Nunes
1177 Market Street Unit 1101
San Francisco, CA 94103
marcusvrnunes@gmail.com

   **X**          **BY USPS MAIL W/ TRACKING CONFIRMATION**

      **X**        As follows:  I am "readily familiar" with the practice of Law Offices of Choi & Associates for collection and processing of correspondence for mailing with the United States Postal Service and that correspondence placed in the outgoing mail tray in my office for collection would be deposited in the United States Mail that same day in the ordinary course of business.

   **X**          **BY ELECTRONIC SERVICE**
        I caused such document to be served on the offices of the addressees via electronic mail.

   **X**      **(State)**    I declare under penalty of perjury that the foregoing is true and correct.

      Executed on June 1, 2026, at Los Angeles, California.

_____
            Willtur Cho