**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL LAW AND MOTION MINUTES**

| **Date:** June 4, 2026 | **Time:** 1:32 PM – 1:39 PM | **Judge:** KANDIS A. WESTMORE |
|---|---|---|
| **Case No.:** 25-cv-03270-KAW | **Case Name:** Nunes v. Michael Kors Stores (California), Inc. | |

**For Plaintiff:** Dennis Hyun (Counsel), Marcus Nunez (Plaintiff)
**For Defendant(s):** Christopher Crosman

**Deputy Clerk:** Cindy C. Fan                    **Recorded via Zoom:** 7 minutes

**PROCEEDINGS**

Motion to Withdraw as Attorney, Dkt. 32, held via Zoom Webinar.
As Plaintiff, Marcus Nunez, made an appearance on the record along with Plaintiff's Counsel, the Motion to Withdraw is vacated. Plaintiff to speak to his attorney.